**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEGUADALUPE ESCOTO ESQUIVEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01902 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On July 21, 2015, Plaintiff filed a motion for an extension of time to serve Defendant with a confidential letter brief. (Doc. 13) Plaintiff's asserts the extension is necessary because he "recently relocated and underwent a change of staff." (*Id.* at 1) Further, he asserts Defendant does not object to the request for an extension. (*Id.*) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

　　1.　　The extension of time is **GRANTED**;

　　2.　　Plaintiff **SHALL** serve a confidential letter brief on or before **August 15, 2015**.

IT IS SO ORDERED.

Dated: __**July 22, 2015**__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1