**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEGUADALUPE ESCOTO ESQUIVEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01902 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On November 29, 2016, the parties stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) to the plaintiff.  (Doc. 29)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees in the total amount of $3,496.98 are **AWARDED** to Joseguadalupe Escoto Equivel.

IT IS SO ORDERED.

Dated:　**December 6, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE