# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEGUADALUPE ESCOTO ESQUIVEL, | Case No.: 1:14-cv-01902 - JLT |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 32) |
| Defendant. | |

On September 26, 2019, the Commissioner filed a stipulation of the parties for an extension of time to respond to Plaintiff's motion for fees. (Doc. 32) The Commissioner asserts the extension is necessary, in part, for counsel to "confirm[] the total amount of Plaintiff's past-due benefits, as well as any amount withheld for attorney's fees, with the agency's payment center, as there was no notice of award attached to Plaintiff's motion." (*Id.* at 1-2)

Good cause appearing, the Court **ORDERS**:

1. The Commissioner's request for an extension of time is **GRANTED**;

2. The Commissioner **SHALL** respond to the motion on or before **November 7, 2019**.

IT IS SO ORDERED.

Dated: **September 27, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE